UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**GARY SCHWAM,**

        **Plaintiff,**

v.                                                                              Civil Action No: 3:12-cv-509

**ZALE DELAWARE, INC.,** *dba Zale's Jewelers,*

        **Defendant.**

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule Civil Procedure 73, the Plaintiff hereby voluntarily waives his right to proceed before a United States District Judge and hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, and order the entry of final judgment.

                                          **GARY SCHWAM**

                                          _____/s/_____
                                          Leonard A. Bennett, Esq.
                                          VSB #37523
                                          Attorney for Plaintiff
                                          CONSUMER LITIGATION ASSOCIATES, P.C.
                                          763 J. Clyde Morris Boulevard, Suite 1-A
                                          Newport News, Virginia 23601
                                          (757) 930-3660 – Telephone
                                          (757) 930-3662 – Facsimile
                                          E-mail: lenbennett@cox.net

>Kristi Cahoon Kelly, VSB #72791
>SUROVELL ISAACS PETERSEN &
>LEVY, PLC
>4010 University Drive, Second Floor
>Fairfax, Virginia 22030
>(703) 251-5400 - Telephone
>(703) 591-9285 - Facsimile
>E-mail:  kkelly@siplfirm.com
>
>Andrew J. Guzzo, Esq. (VSB #82170)
>SUROVELL ISAACS PETERSEN &
>LEVY, PLC
>4010 University Drive, Second Floor
>Fairfax, Virginia 22030
>(703) 251-5400 - Telephone
>(703) 591-9285 - Facsimile
>Email: aguzzo@siplfirm.com
>
>*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Elizabeth Spain Flowers**
Troutman Sanders LLP
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
Email: liz.flowers@troutmansanders.com

**John C. Lynch**
Troutman Sanders LLP
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
Email: john.lynch@troutmansanders.com

           /s/
Leonard A. Bennett, Esq.
VSB #37523
Attorney for Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 – Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@cox.net